FILED
JAMES BOHINI
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

2010 OCT 26  PM 4: 06



IN RE:                                  :      CASE NO.   3 : 10 cr . 178
                                                          SOUTHERN DIST OHIO
                                                          WESTERN DIV DAYTON
                                               TIMOTHY S. BLACK
SEALED DOCUMENTS          :      UNITED STATES' MOTION
                                               TO SEAL INDICTMENT

                                        :

_____

The United States Attorney respectfully requests that this indictment be kept secret until the defendant(s) is/are in custody.

## MEMORANDUM

Rule 6(e)(4), Federal Rules of Criminal Procedure, authorizes the federal judge to whom an indictment is returned to direct that the indictment be kept secret until the defendant(s) is/are in custody.  Because it may take as much as thirty (30) days for related investigations concerning the defendant(s) to be concluded, the United States Attorney requests that the Clerk of Court be ordered to seal the indictment as well as this motion and order and not disclose its return except as necessary for the issuance and execution of warrant of arrest.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Dwight K. Keller
_____
DWIGHT K. KELLER (0074533)
Assistant United States Attorney
Attorney for Plaintiff
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Dwight.Keller @usdoj.gov