United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Timothy S. Black and Judge Michael R. Barrett

FROM: Michelle Fann, Case Administrator

DATE: October 27, 2010

SUBJECT: Case Caption: USA v. Robert R. Sacco

CASE: Case Number: 3:10-cr-00178

DISTRICT JUDGE: Timothy S. Black

File Date: October 26, 2010

---

This memorandum is to notify you that the Defendant Information Sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Charles C. Painter**

Case Number: **3:10-cr-00018**          District Judge: **Michael R. Barrett**

File Date: **January 21, 2010**          Magistrate Judge:


**Related Case(s):**

Case Caption:

Case Number:          District Judge:

File Date:          Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Case Administrator  **Michelle Fann** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge BARRETT

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.


_____
United States District Judge

*Timothy S. Black*
United States District Judge

*Michael R. Barrett*
United States District Judge


Cc: Courtroom Deputies

Revised 3/25/10